No. 158. BADER *v.* ILLINOIS.

No. 189. HARTFORD ACCIDENT & INDEMNITY CO. ET AL. *v.* DELTA & PINE LAND CO. October 14, 1940. *Per Curiam:* The motions to dismiss are granted and the appeals are dismissed for want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeals were allowed as petitions for writs of certiorari, as required by § 237 (c) of the Judicial Code (43 Stat. 936, 938), certiorari is denied. *Mr. Wm. Scott Stewart* for appellant in No. 158. *Mr. Wm. M. Hall* for appellants in No. 189. *Messrs. John E. Cassidy,* Attor-

ney General of Illinois, and *A. B. Dennis,* Assistant Attorney General, for appellee in No. 158. *Messrs. Marcellus Green* and *Garner W. Green* for appellee in No. 189. Reported below: No. 158, 372 Ill. 345; 23 N. E. 2d 691; No. 189, 189 Miss. 496; 195 So. 667.